IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAAN VENTURES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-449 (RDA/IDD) |
| | ) |
| MOD ENTERPRISES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge Ivan D. Davis on December 4, 2024. Dkt. 17. In its Complaint, Plaintiff Maan Ventures LLC ("Plaintiff") brought a claim under 28 U.S.C. § 1332 for breach of contract, specifically breach of a promissory note, against Defendant Mod Enterprises. Dkt. 1 ¶¶ 1-6. Magistrate Judge Davis recommends that default judgment be entered against Defendant and damages be awarded, including attorneys' fees. Dkt. 17 at 8-9. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Magistrate Judge Davis' Recommendation was December 18, 2024. To date, no objections have been filed.

After reviewing the record and Magistrate Judge Davis' Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 17). Accordingly, it is hereby ORDERED that Plaintiff's Motion for Default Judgment (Dkt. 8) is GRANTED; and it is

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

FURTHER ORDERED that Plaintiff be awarded damages in the total amount of $172,246.99, representing the sum of the principal unpaid amount of $150,000 and $22,246.99 in interest as of March 21, 2024; and it is

FURTHER ORDERED that Plaintiff be awarded additional interest accruing at a rate of $12.62 per day, from March 21, 2024, until the date of payment; and it is

FURTHER ORDERED that Plaintiff be awarded attorneys' fees in the amount of $9,528.89; and it is

FURTHER ORDERED that Plaintiff be awarded post-judgment interest on its award in accordance with 28 U.S.C. § 1961(a).

The Clerk is directed to enter judgment for Plaintiff in this matter pursuant to Federal Rule of Civil Procedure 55, forward copies of this Order to counsel of record, and close this civil action.

It is SO ORDERED.

Alexandria, Virginia
January 8, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge